# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 17, 2025

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: Joseph Miller, et al.
         v. James V. McDonald, Commissioner, New York State
         Department of Health, et al.
         Application No. 24A987
         (Your No. 24-681)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Sotomayor, who on April 17, 2025, extended the time to and including July 31, 2025.

This letter has been sent to those designated on the attached notification list.

                  Sincerely,

                  **Scott S. Harris**, Clerk

                  by

                  Redmond K. Barnes
                  Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST



Mr. Kyle Douglas Hawkins
Lehotsky Keller Cohn LLP
408 W. 11th Street
5th Floor
Austin, TX 78701


Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300