

Siri | Glimstad          sirillp.com | NEW YORK | LOS ANGELES | MIAMI | PHOENIX
                                       DETROIT | AUSTIN | CHARLOTTE | WASHINGTON D.C.

March 4, 2026

**VIA ECF**

Catherine O'Hagan Wolfe, Clerk of Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re*:*    *Joseph Miller et al. v. Dr. James V. McDonald et al.*, No. 24-681 (2d Cir.)

To Whom It May Concern:

Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure, Appellants respectfully submit the following supplemental authority. In Appellants' Supplemental Brief (Dkt. 95 at 3-20), we argued that strict scrutiny is triggered under *Wisconsin v. Yoder*, 406 U.S. 205 (1972) and *Mahmoud v. Taylor*, 602 U.S. 522 (2025), where government action substantially interferes with parents' fundamental right to direct the religious upbringing and education of their children.

On March 2, 2026, the United States Supreme Court issued its decision in *Mirabelli v. Bonta*, Case No. 25A810, 607 U.S. --- (2026),[1] vacating the Ninth Circuit's stay of permanent injunctive relief entered by a district court in a case involving parental rights in the public-school setting. In doing so, the Court rejected the Ninth Circuit's attempt to narrowly confine *Mahmoud* to curriculum-based disputes and reaffirmed that governmental interference with parental decision-making concerning a child's health and well-being implicates fundamental constitutional protections. *Id.* at 4.

In *Mirabelli*, the Supreme Court made clear that governmental interference with parental decision-making regarding a child's medical or psychological care constitutes a substantial burden on the fundamental right of parents to direct their children's upbringing. The Court further explained that the intrusion on parents' free exercise rights was *greater* than the curriculum-based interference at issue in *Mahmoud*, underscoring that state action affecting a child's health and well-being directly implicates core constitutional protections. *Id.* at 5. The Court concluded that the plaintiffs in *Mirabelli* were likely to succeed on their claim that the government's actions substantially interfered with parents' right to direct the upbringing of their children by shutting parents out of decisions concerning their children's health. *Id.* at 5-6.

      Respectfully submitted.

      */s/ Elizabeth A. Brehm*
      Elizabeth A. Brehm
      Walker D. Moller
      SIRI & GLIMSTAD LLP

---

[1] Available at: https://www.supremecourt.gov/opinions/25pdf/25a810_b97d.pdf.

745 Fifth Ave., Suite 500
New York, NY 10151
(888) 747-4529
ebrehm@sirillp.com

Scott A. Keller
Mary Elizabeth Miller
Shannon G. Denmark
Jacob B. Richards
Lehotsky Keller Cohn LLP
200 Massachusetts Ave. NW
Suite 700
Washington, DC 20001
(512) 693-8350
scott@lkcfirm.com

Christopher Wiest
50 E. Rivercenter Blvd., Suite 1280
Covington, KY 41017
(513) 257-1895

Hiram S. Sasser, III
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Suite 1600
Plano, TX 75075
(972) 941-4444

*Counsel for Appellants*