**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 24-00681                                 Miller v. McDonald Caption [use short title]

Motion for: withdrawal as counsel

Set forth below precise, complete statement of relief sought:

I hereby move to withdraw my appearance as counsel for Plaintiffs-Appellants. My employment at Lehotsky Keller Cohn ("LKC") will end on April 24, 2026. Attorneys Keller, Miller, and Denmark from LKC have entered appearances and will remain as counsel.

MOVING PARTY: Joseph Miller et al.                          OPPOSING PARTY:

☐ Plaintiff          ☐ Defendant

☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Jacob B. Richards                          OPPOSING ATTORNEY:

[name of attorney, with firm, address, phone number and e-mail]

Lehotsky Keller Cohn LLP

200 Mass Ave NW Suite 700

Washington DC 20001

Court- Judge/ Agency appealed from:

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☑ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**

Jacob Richards _Digitally signed by Jacob Richards Date: 2026.04.24 20:41:22 -04'00'_ Date: April 24, 2026    Service : ☑ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)