# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of May, two thousand twenty-six.

Before:      Eunice C. Lee,
                *Circuit Judge.*

---

Joseph Miller, Ezra Wengerd, Jonas Smucker, Dygert Road School, Pleasant View School, Shady Lane School,

      Plaintiffs - Appellants,

    v.

James V. McDonald, in his official capacity as Commissioner of Health of the State of New York,

      Defendant - Appellee,

Betty A. Rosa, in her official capacity as Commissioner of Education of the State of New York,

      Defendant.

**ORDER**

Docket No. 24-681

---

      Jacob B. Richards moves to be relieved as counsel for the Appellants.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                      For the Court:

                      Catherine O'Hagan Wolfe,
                      Clerk of Court

