# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of June, two thousand twenty-six,

Before: José A. Cabranes,
Richard C. Wesley,
Eunice C. Lee,
*Circuit Judges*.

---

Joseph Miller, Ezra Wengerd, Jonas Smucker, Dygert Road School, Pleasant View School, Shady Lane School,

Plaintiffs - Appellants,

**JUDGMENT**

Docket No. 24-681

v.

James V. McDonald, in his official capacity as Commissioner of Health of the State of New York,

Defendant - Appellee,

Betty A. Rosa, in her official capacity as Commissioner of Education of the State
of New York,

Defendant.

---

The appeal in the above captioned case from an order of the United States District Court for the Western District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

Catherine O'Hagan Wolfe